of certiorari to the Circuit Court of Appeals for the Ninth Circuit denied. *Messrs. Roger O'Donnell* and *Stephen M. White* for petitioners. *Solicitor General Reed, Assistant Attorney General Keenan,* and *Messrs. Bart W. Butler* and *W. Marvin Smith* for respondent.

No. 527. IN RE GROSS. November 25, 1935. Petition for writ of certiorari to the Supreme Court of Pennsylvania denied. *Mr. George J. Gross, pro se.*

No. 537. HILLERICH & BRADSBY Co. *v.* HANNA MANUFACTURING Co. November 25, 1935. Petition for writ of certiorari to the Circuit Court of Appeals for the Fifth Circuit denied. *Messrs. Edward S. Rogers* and *Max Michael* for petitioner. *Messrs. Howard S. Smith, Gilbert P. Ritter,* and *William L. Erwin* for respondent.

No. 542. ASIATIC PETROLEUM Co., LTD., *v.* COMMISSIONER OF INTERNAL REVENUE. November 25, 1935. Petition for writ of certiorari to the Circuit Court of Appeals for the Second Circuit denied. *Messrs. William D. Whitney* and *Joseph C. White* for petitioner. *Solicitor General Reed, Assistant Attorney General Wideman,* and *Messrs. James W. Morris* and *Lucius A. Buck* for respondent.

No. 554. LEITHAUSER *v.* HARTFORD FIRE INSURANCE Co. November 25, 1935. Petition for writ of certiorari to the Circuit Court of Appeals for the Sixth Circuit denied. *Mr. T. T. Ansberry* for petitioner. *Mr. Harold*